NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL BRUNER, DOC# Y13297,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D16-4181
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed April 27, 2018.

Appeal from the Circuit Court for Lee
County; James H. Seals, Senior Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Elba Caridad Martin,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.